Kevin HYMAN, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 21, 2006.

### *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is AFFIRMED.